UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| YULBIS IRAI AZOCAR ACHIQUE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET DETENTION CENTER,<br><br>Respondent. | No. 1:26-CV-00407-H |

**ORDER**

Petitioner Yulbis Irai Azochar Achique, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging her detention pending removal proceedings. She seeks release from confinement.

Now, Respondent has notified the Court that Petitioner was released from immigration detention pursuant to an order of recognizance on August 28, 2026. Dkt. No. 12; 12-2 at 2. The Court has reviewed the ICE online detainee locator and takes judicial notice that, as of today, Petitioner is no longer in ICE custody.[1]

Based on the information provided by Respondent, the Court concludes that Petitioner's habeas claims are moot. Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

So ordered.

The Court will enter judgment accordingly.

Dated September 8, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited Sept. 1, 2026).